# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Scites, | CASE NO. 3:16-cv-325 |
| Plaintiff/Relator, | FILED UNDER SEAL |
| v. | JUDGE RICE |
| Viaquest, Inc., | |
| Defendant. | |

## ORDER

The United States having consented to the Relator's Notice of Voluntary Dismissal of this case pursuant to 31 U.S.C. § 3730(b)(1), the Court rules as follows:

1. This case is hereby dismissed without prejudice as to both the United States and Relator;

2. The filing of this case, the Complaint, the Relator's Notice of Dismissal, the United States' Notice of Consent to Relator's Notice of Dismissal, and this Order shall be unsealed. All other pleadings filed prior to this Order shall remain under seal;

3. The seal shall be lifted as to all pleadings filed in this case after entry of this Order; and

4. All unsealed pleadings, and the filing of this case, shall be made available on the Court's CM/ECF system.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT

Dated: 7-5-17, 2017